### LALANCE & GROSJEAN MANUF'G CO. v. MOSHEIM.

(Circuit Court, S. D. New York. December 22, 1892.)

In Equity. Bill by the Lalance & Grosjean Manufacturing Company for infringement of a patent. Decree for complainant.

COXE, District Judge. The decision in the preceding cause (53 Fed. Rep. 375) disposes of this cause also. It is conceded that the defendant sold the articles in proof made by the Habermann Company. The second claim is intended to cover the product of the process described in the first claim, and, thus limited, I think it is valid and that the defendant has infringed.

The complainant is entitled to the usual decree upon the second claim